FILED
2012 Nov-16  PM 02:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE-ANNE DENTICI,<br><br>     Plaintiff,<br><br>v.<br><br>THE RARE MARTINI, LLC,<br><br>     Defendant, | CIVIL ACTION NO.<br>12-AR-2799-S |

### MEMORANDUM OPINION

On November 12, 2012, plaintiff, Julie-Anne Dentici, purported to respond to the show cause order entered on October 30, 2012. The purported amended complaint filed as part of the response to the show cause order purports to substitute for the above-named defendant, another defendant. If plaintiff wishes to sue Montalbano Entertainment Group, Inc., she must file a separate case with a separate filing fee. Treating the purported response and purported amendment as a motion to dismiss the action as against The Rare Martini, LLC, it will be granted by separate order.

DONE this 16th day of November, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE